

# The Moorish National Republic
## Societas Republicae Ea Al Maurikanos
### ~ Moorish Divine and National Movement of the World ~
Northwest Amexem / Northwest Africa / North America - 'The North Gate'
Aboriginal and Indigenous Natural Peoples of the Land

*2022 JUL 15 PM 2: 50*
*US DISTRICT COURT*
*MIDDLE DISTRICT OF FLORIDA*
*ORLANDO, FLORIDA*

In the United States District Court
for the Middle District of
Florida State Republic

July 9, 2022 (c.c.y.)

Erod Habib Xaragua El, Natural Person
In Propria Persona, Authorized Representative
Ex Relatione EROD LAPOINTE
All Rights Reserved
c/o 222 North Hiawassee Road Box #48
near Orlando, Florida Republic [zip-exempt]
Northwest Amexem

**Claimant**

v.

METRO VILLAGE APARTMENTS LLC

**Respondent**

## Jurisdiction

The 5th Amendment required that all persons within the United States must be given due process of the Law and equal protection of the Law.

### Treaty of Peace and Friendship between the United States and Morocco (1836):

#### Article 4
A signal, or pass, shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea; and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander shall alone be sufficient to exempt any of them from examination.

### The Constitution for the United States of America - ratified in 1791

#### Article 1 Section 10
No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver a tender in payment of debts; pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or grant any title of nobility.

#### Article I Section 1
All legislative powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

### Article IV Section 4
The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.

### Article VI
All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

### Bills of Rights

### Amendment IV
The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probably cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

### Amendment V
No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

### The Universal Declaration of Human Rights

### Article 17
No one shall be arbitrarily deprived of his property.

**12 U.S.C. 95:** <u>Suspension of provisions relating to ally of enemy; regulation of transactions in foreign exchange of gold and silver, property transfers, vested interests, enforcement and penalties</u>

*"(a) In order to provide for the safer and more effective operation of the National Banking System and the Federal Reserve System, to preserve for the people the full benefits of the currency provided for by the Congress through the National Banking System and the Federal Reserve System, and to relieve interstate commerce of the burdens and obstructions resulting from the receipt on an unsound or unsafe basis of deposits subject to withdrawal by check, during such emergency period as the President of the United States by proclamation may prescribe, no member bank of the Federal Reserve System shall transact any banking business except to such extent and subject to such regulations, limitations and restrictions as may be prescribed by the Secretary of the Treasury, with the approval of the President. Any individual, partnership, corporation, or association, or any director, officer or employee thereof, violating any of the provisions of this section shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be fined not more than $10,000 or, if a natural person, may, in addition to such fine, be imprisoned for a term not exceeding ten years. Each day that any such violation continues shall be deemed a separate offense."*

# Venue

Original Jurisdiction of the United States District Court of Florida State Republic

## Claimant

Erod Habib Xaragua El, Natural Person, In Propria Persona, Sui Juris. I am Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF Seventeen Hundred AND Eighty-Seven (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm **or at Bevines Law Book of Treaties**) the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic):

THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
Between Morocco and the United States

## Respondent

METRO VILLAGE APARTMENTS LLC

## Facts

In support of this claim, I state for the Record:

1. On the 22th day of June 2021 A.D., a Notice (Exhibit B) from the agents of METRO VILLAGE APARTMENTS LLC was posted at my domicile requesting payments for a debt imposed by them against My Estate.

2. On the 23rd day of December 2022 A.D., a Notice of Recision (Exhibit C) was sent to Gary S. Richman, Lydia Cohen and Arvin Ballie of METRO VILLAGE APARTMENTS LLC to clarify any assumption and to state, for the Record, that there is no Contract, express or implied, existent between me and them.

3. The Notice of Recision was delivered to the mailing location of Gary S. Richman on the 28th day of June, 2022 A.D. as evidenced by the Delivery Notification (Exhibit E).

4. On the 8th day of July, 2022 A.D., a Three-Day Notice (Exhibit F) was posted at my domicile, demanding payment or abandonment of My Estate, on behalf of METRO VILLAGE APARTMENTS LLC. In the Three-Day Notice, the incompetent and absurd claim that METRO VILLAGE APARTMENTS LLC (a corporate fiction) is a landlord was made. The agent, who is well aware of his colorable and unlawful action, signed the Three-Day Notice but omitted to state his name for the Record.

5. On the 8th day of July, 2022 A.D. a copy of the Notice of Recision was handed and served by me to Arvin Ballie at his office. In my presence, Arvin Ballie verbally confirmed having previously received a copy of the Notice of Recision but further claimed that he and his company, associates, partners and persons do not recognize the Memorandum of Law stated in said Notice.

## Legal Claims

All Law is Contract therefore in order for the agents doing business as METRO VILLAGE APARTMENTS LLC to conduct business at North America, the original Contract which is the Constitution (the supreme law of the Land) for the United States Republic must be honored.

*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.*

All persons, representatives, affiliates, associates, and partners of METRO VILLAGE APARTMENTS LLC are required by operation of Law to assume their own debts. Furthermore, the Constitution provides that no state shall make anything but gold and silver coin a tender in the payment of debts (Article 1 Section 10). The free people of the Land enjoy the **full benefits of the currency** provided by the Congress through the National Banking System and the Federal Reserve System. By demanding payment from me, the agents of METRO VILLAGE APARTMENTS LLC have violated the many provisions made by the United States Codes of Law and the Constitution for the United States Republic. Since the year 1933 A.D., an emergency has been proclaimed by the President of the United States; no member bank of the Federal Reserve System shall transact any banking business except to such extent and subject to such regulations, limitations and restrictions as may be prescribed by the Secretary of the Treasury, with the approval of the President, as stated in **12 U.S.C. 95**:

*"(a) In order to provide for the safer and more effective operation of the National Banking System and the Federal Reserve System, to preserve for the people the full benefits of the currency provided for by the Congress through the National Banking System and the Federal Reserve System, and to relieve interstate commerce of the burdens and obstructions resulting from the receipt on an unsound or unsafe basis of deposits subject to withdrawal by check, during such emergency period as the President of the United States by proclamation may prescribe, no member bank of the Federal Reserve System shall transact any banking business except to such extent and subject to such regulations, limitations and restrictions as may be prescribed by the Secretary of the Treasury, with the approval of the President. Any individual, partnership, corporation, or association, or any director, officer or employee thereof, violating any of the provisions of this section shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be fined not more than $10,000 or, if a natural person, may, in addition to such fine, be imprisoned for a term not exceeding ten years. Each day that any such violation continues shall be deemed a separate offense."*

On the 8th day of July, 2022 A.D., I served a copy of the Notice of Recision to Arvin Ballie and he also confirmed having previously received a copy of it. He is well aware that I am Erod Habib Xaragua El. However, an agent of METRO VILLAGE APARTMENTS LLC proceeded to use a corporate fiction name of the Christian Black Code to refer to me (the living breathing Man). Such deceptive means was used as an attempt to impose their debt on My Estate. The agents of METRO VILLAGE APARTMENTS LLC were notified of the consequences of their colorable actions but decided to violate the Law of the Land.

*All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.*

## RELIEF

1. The Enforcement of the following: The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the Constitution for the United States Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America.'

2. I, Erod Habib Xaragua El, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States Republic.

3. I, Erod Habib Xaragua El, do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby request the District Court to fulfill their obligation to preserve the rights of this Claimant (Moorish American) and carry out their Judicial Duty in 'Good Faith' by ordering the Respondent to be brought before the Law to answer for their criminal and unjust actions.

4. All representatives, agents, partners and assigns of METRO VILLAGE APARTMENTS LLC are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

5. Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation of the United States Republic Constitution is required by law to immediate recusal of his or her office.

6. Respondent METRO VILLAGE APARTMENTS LLC is being sued for $12,000 for compensatory damages and $12,000 for punitive damages in its official and private capacity payable in lawful money.

7. Respondent METRO VILLAGE APARTMENTS LLC shall have 10 calendar days from service of this Affidavit of Fact to respond. Notice to agent is notice to principal and notice to principal is notice to agent.

I declare under the penalty of perjury under the Law of the Zodiac Constitution with which the Constitution for the United States Republic is in harmony that the above is true and correct to the best of my knowledge and honorable intent.

Respectfully submitted this 9th day of July, 2022 = 1443 M.C.

I Am: _Erod H Habib Xaragua_

Erod Habib Xaragua El
Natural Person, In Propria Persona
All Rights Reserved
c/o 222 North Hiawassee Road Box #48
near Orlando, Florida Republic [Zip-Exempt]
Northwest Amexem